UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                          Case No. 21-cr-0025-bhl

STEVEN R BRANDENBURG,

        Defendant.

---

### NOTICE OF ARRAIGNMENT AND GUILTY PLEA HEARING

---

      The Court will conduct an Arraignment and Guilty Plea Hearing on **February 9, 2021 at 10:00 a.m**. Given the COVID-19 pandemic, the Court would prefer to conduct the hearing by video teleconference, but only if the defendant consents. <i>See</i> General Order No. 20-19. If the Court does not receive written indication of the defendant's consent to proceed via video teleconference by February 2, 2021, the hearing will be held in-person in the United States Courthouse at 517 E. Wisconsin Avenue, Room 225, Milwaukee, WI 53202.

                                                                        GINA M. COLLETTI
                                                                        Clerk of Court

  Dated: January 26, 2021

                                                                        *s/ Melissa P.*
                                                                        Deputy Clerk