UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      *Plaintiff,*

v.                          Case No. 21-CR-25

STEVEN R. BRANDENBURG,

      *Defendant.*

---

## NOTICE OF APPEARANCE

---

Please take notice that Plaintiff, the United States of America, is also represented by Ross S. Goldstein of the United States Department of Justice in the above-captioned matter.

Respectfully submitted this 29th day of January, 2021.

                                       */s Ross S. Goldstein*
                                       ROSS S. GOLDSTEIN
                                       Senior Litigation Counsel
                                       United States Department of Justice
                                       Consumer Protection Branch
                                       P.O. Box 386
                                       Washington, DC 20044
                                       Tel:       202-353-4218
                                       Fax:      202-514-8742
                                       ross.goldstein@usdoj.gov