AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21-cr-0025-bhl |
| ) | |
| Steven R Brandenburg ) | |
| ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1-27-2021

*Steven R Brandenburg*
Defendant's Signature

*Signature of defendant's attorney*

Jason D Baltz
Printed name of defendant's attorney

Judge's Signature

The Honorable Judge Brett Ludwig
Judge's Name and Title