UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

           v.                  Case No. 21-cr-0025-bhl

STEVEN R BRANDENBURG,

        Defendant.

## CONSENT FOR HEARING BY VIDEO TELECONFERENCE

The Court has scheduled the above defendant for a hearing on February 9, 2021. If the defendant consents to holding the hearing by video teleconference, either the defendant or defendant's counsel must sign this form and return it to the Court before **February 2, 2021**.

The defendant CONSENTS to the Court holding the hearing by video teleconference.

Dated: 1-27-2021

*Steven R Brandenburg*
Signature of Defendant or Counsel

1