UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                       Case No. 21-CR-25

STEVEN R. BRANDENBURG,

    *Defendant*.

---

## NOTICE OF APPEARANCE

---

Please take notice that Plaintiff, the United States of America, is also represented by Rachel E. Baron of the United States Department of Justice in the above-captioned matter.

Respectfully submitted this 8th day of February, 2021.

                                          */s Rachel E. Baron*
                                          RACHEL E. BARON
                                          Trial Attorney
                                          United States Department of Justice
                                          Consumer Protection Branch
                                          P.O. Box 386
                                          Washington, DC 20044
                                          Tel:    202-598-7719
                                          Fax:   202-514-8742
                                          Rachel.e.baron@usdoj.gov