UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       Case No. 21-CR-25

STEVEN R. BRANDENBURG,

    Defendant.

UNITED STATES' NOTICE OF ADDITIONAL VICTIM IMPACT STATEMENTS

  The United States of America, by and through its undersigned attorneys, hereby respectfully submits this Notice Of Additional Victim Impact Statements, in anticipation of a hearing regarding Defendant Brandenburg's custodial status in the above-captioned matter. By way of context:

  1.  Victims of federal crimes are afforded the "right to be reasonably heard at any public proceeding in the district court involving [the] release" of an associated federal defendant, 18 U.S.C. §§ 3771(a)(4);

  2.  Last night, the United States submitted a memorandum in support of its anticipated request that Defendant be remanded into custody after his change-of-plea hearing, [9];

  3.  Since that memorandum was filed, the United States has received two additional victim impact statements, attached here as Exhibits 4 and 5; and,

4. The United States respectfully requests that the Court consider Exhibits 4 and 5 as it weighs the prospect of Defendant's detention.

Dated at Milwaukee, Wisconsin, this 9th day of February, 2021.

>Respectfully submitted,
>
>MATTHEW D. KRUEGER
>United States Attorney

By: *s/ Kevin Knight*
Kevin C. Knight
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1727
kevin.knight@usdoj.gov

Ross S. Goldstein
Senior Litigation Counsel
United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044
Telephone: (202) 353-4218
ross.goldstein@usdoj.gov

Rachel E. Baron
Trial Attorney
United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044
Telephone: (202) 598-7719
rachel.e.baron@usdoj.gov