# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Steven R Brandenburg | ) <br> ) Case No. 21-cr-0025-bhl <br> ) <br> ) <br> ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1-27-2021

*Steven R Brandenburg*
Defendant's Signature

*[signature]*
Signature of defendant's attorney

Jasv D BenAz
Printed name of defendant's attorney

Date: 2/9/2021

*[signature]*
Judge's Signature

The Honorable Judge Brett Ludwig
Judge's Name and Title