# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **COUNSEL-ONLY STATUS CONFERENCE** |
| v. | **(By Telephone)** |
| **STEVEN R BRANDENBURG** | Case No. 21-cr-0025-bhl |

HONORABLE BRETT H. LUDWIG presiding  
Proceeding Held: 5/11/2021  
Deputy Clerk: Melissa P.

Time Called: 10:02 a.m.  
Time Concluded: 10:17 a.m.  
Tape: 17

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Kevin C Knight, Ross Goldstein, and Rachel Baron |
| STEVEN BRANDENBURG by: | Jason D Baltz |
| US PROBATION OFFICE by: | Hannah Graham |

    The parties updated the Court on the status of the case. U.S. Probation had requested defendant's conditions of release be reduced to curfew status instead of GPS monitoring on Home Detention. The government objected to the reduction. Defendant's counsel deferred to the Court's discretion.

    The Court rejected the proposed change to defendant's conditions of release. Defendant will remain released subject to the February 12, 2021 Order Setting Conditions of Release.