**LAW OFFICES**

**JASON D. BALTZ**

**12924 COBBLESTONE COURT**

**MEQUON, WISCONSIN 53097**

TEL: (414) 963-2194
FAX: (414) 963-2196
E-MAIL: baltzlawoffices@aol.com

June 3, 2021

**VIA ELECTRONIC FILING**

The United States Courthouse
Attn: The Honorable Brett H. Ludwig
Room 271
517 E. Wisconsin Ave
Milwaukee WI 53202

*Re:* *United States v. Steven R. Brandenburg*
*Docket Number: 0757 2:21CR00025-001*

Dear Judge Ludwig:

After further consideration, counsel for the defendant withdraws the objections/clarifications requested to paragraphs 16, 18, and 19.

Should you have any questions, please do not hesitate to contact this office.

Very Truly Yours,

**/electronically signed/**
Jason D. Baltz

Cc: United States Attorney's Office
Mr. Steven R. Brandenburg