# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **SENTENCING MINUTES** |
| **STEVEN R. BRANDENBURG** | Case No. 21-cr-0025-bhl |

| | |
|---|---|
| HONORABLE BRETT H. LUDWIG presiding | Time Called: 9:11 a.m. |
| Proceeding Held: 6/8/2021 | Time Concluded: 10:38 a.m. |
| Deputy Clerk: Kristine B. | Court Reporter: Susan A. |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Kevin C. Knight and Ross S. Goldstein |
| STEVEN R. BRANDENBURG in person and by: | Jason D. Baltz |
| US PROBATION OFFICE by: | James P. Feterston |

☐ The parties have no objections to the factual statements in the PSR

☒ The parties have no objections to the application of the guidelines in the PSR

☒ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☒ Defendant: Defendant clarified paragraphs 82, 93, 94, 95, 98, 108, 109, 111, and 112. The Government objected to defendant's clarification of paragraph 93.

☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☐ The court adopts the factual statements and guideline application as set forth in the PSR

☒ The court adopts the factual statements and guideline application with these changes: The Court will accept defendant's clarifications to paragraphs 82, 94, 95, 98, 108, 109, 111, and 112. The Court will not consider paragraph 93 in sentencing.

☒ The government presents sentencing argument: 51 months.

☒ The defendant presents sentencing argument: less than 51 months and agrees to restitution request of Aurora Health Care.

☒ Defendant exercises right of allocution.

☒ The court imposes sentence.

☐ The government dismisses count(s) _____.

☒ Defendant advised of appeal rights.

The Court imposes a below-guideline sentence as a variance from the guideline range for the reasons stated on the record.

**SENTENCE IMPOSED:**

**Imprisonment:**   36   Months as to Count   1   of the   Information  
                    36   Months as to Count   2   of the   Information  

Imprisonment term for each count to be served ☒ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED: 36 months.

**Supervised Release:**   3   Years as to Count   1   of the   Information  
                           3   Years as to Count   2   of the   Information  

**MONETARY PENALTIES**

**Special Assessment:**    $ 200    due immediately

**Fine:**    $    ☒ fine waived

**Restitution:**    $ 83,829.05    ☐ determination deferred

**CUSTODY**

☒ The defendant is to voluntarily surrender to the U.S. Marshall Service no later than 2 p.m. June 8, 2021.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.