**CLERK'S OFFICE, U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
ROOM 362 FEDERAL BUILDING
MILWAUKEE, WISCONSIN 53202**

**OFFICIAL BUSINESS**

MILWAUKEE WI 530

9 OCT 2025 PM 6 L

NEOPOST
10/09/2025
US POSTAGE $000.74⁰



ZIP 53202
041M11456268

NOV 1 2025

Jason D Baltz
The Law Offices of Jason D Baltz
4871 N She
Whitefish B